UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025-1
FEBRUARY 3, 2026 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:26-cr-00017
21 U.S.C. § 841(a)(1)

ENOUCH JAIRUS KERMUE

# INDICTMENT

The Grand Jury Charges:

On or about November 20, 2024, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant ENOUCH JAIRUS KERMUE knowingly and intentionally distributed 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

MOORE CAPITO
United States Attorney

By: _____
JEREMY B. WOLFE
Assistant United States Attorney