AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Enouch Jairus Kermue | ) Case No. 2:26-cr-00017 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT    SEALED

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Enouch Jairus Kermue,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. Section 841(a)(1) - Possession with Intent to Distribute Methamphetamine

FEB 3 2026

Date: 02/03/2026

*Rory L. Perry II / LCA*
Issuing officer's signature

City and state: CHARLESTON, WV

RORY L. PERRY II, CLERK
Printed name and title

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title